UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCHAN SINGH,

Plaintiff,

-against-

RICHARD A. BROWN; JUDGE FLAG; AGENT RICHARD J. LAURIA; AGENT FRANK PAUL; OFFICER JEAN DOE.,

Defendants.

25 CIVIL 09483 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the October 27, 2026, order, the Court dismisses Plaintiff's claims for monetary relief for failure to state a claim Plaintiff's claim, see 28 U.S.C. § 1915(e)(2)(B)(ii), and dismisses his claims under federal criminal statutes for lack of subject-matter jurisdiction, see Fed. R. Civ. P. 12(h)(3). The Court declines supplemental jurisdiction of any state-law claims that Plaintiff may be asserting in this action. See 28 U.S.C. § 1367(c)(3). The amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed for the reasons set forth above.

SO ORDERED.

Dated: November 2, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge